**Kenneth X. WILLIAMS, alias Keith Malik,
Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 9840.**

United States Court of Appeals
Fourth Circuit.

Argued Oct. 4, 1965.

Decided Nov. 17, 1965.

C. Vincent Brown, Greenville, S. C. (Court-assigned counsel), for appellant.

Thomas P. Simpson, Asst. U. S. Atty. (Terrell L. Glenn, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

Upon examination of the record in this proceeding under 28 U.S.C.A. § 2255 and consideration of the thorough briefs and oral argument of counsel, we find no error affecting any substantial right of the petitioner.

Affirmed.

**Lela S. WIER, Appellant,**

v.

**James L. ENOCHS, Director of Internal
Revenue, Appellee.**

**No. 21820.**

United States Court of Appeals
Fifth Circuit.

Nov. 26, 1965.

deQuincy V. Sutton, Meridian, Miss., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Meyer Rothwacks, Melva M. Graney, Donald W. Williamson, Thomas L. Stapleton, Attys., Dept. of Justice, Washington, D. C., Robert E. Hauberg, U. S. Atty., Jackson, Miss., John B. Jones, Jr., Acting Asst. Atty. Gen., Edwin R. Holmes, Jr., Asst. U. S. Atty., of counsel, Dept. of Justice, Washington, D. C., for appellee.

Before WISDOM, Circuit Judge, and DAWKINS and AINSWORTH, District Judges.

PER CURIAM.

This is an appeal from a judgment, based upon a jury verdict, rejecting appellant's demands in an income tax refund suit.

We have carefully reviewed all of the proceedings in the court below and have given due consideration to all of appellant's contentions here. Finding no error, the judgment is

Affirmed.